DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    Inseon.Jeong@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:19-CV-05627-WHO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, that Defendant shall have an extension of time of 30 days to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely matter. However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high

Stip. & Prop. Order for Extension, 3:19-CV-05627-WHO

volume of other disability and employment matters. Counsel apologizes to the Court for any inconvenience caused by this delay.

The new due date for Defendant's Cross-Motion and Opposition will be May 14, 2020. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 6, 2020    By:    */s/ Jenna Statfeld Harris*
                               JENNA STATFELD HARRIS
                               Attorney for Plaintiff

Dated: April 6, 2020    By:    */s/ In Seon Jeong*
                               IN SEON JEONG
                               Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 7, 2020    _____
                        HONORABLE WILLIAM H. ORRICK
                        United States District Court Judge

Stip. & Prop. Order for Extension, 3:19-CV-05627-WHO