JENNA STATFELD HARRIS, SBN 320327
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
jharris@baylegal.org
Phone: (510) 250-5212
Fax: (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:19-CV-05627-WHO<br><br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE REPLY |

    The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff Diana Watson, shall have an additional 28 days, until June 25, 2020, in which to file and serve a reply in this action. This is the first stipulation for extended time requested by Plaintiff for the reply in this matter. This is necessary to allow Plaintiff sufficient time to review and respond to the arguments raised in Defendant's opposition while managing current high workload demands.

    The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

Dated:  May 27, 2020                By: __/s/_____
                                    JENNA STATFELD HARRIS
                                    Attorney for Plaintiff

Dated:  May 27, 2020                By: ___/s/_____(as authorized via email)
                                    IN SEON JEONG
                                    Attorney for Defendant

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: June 1, 2020                 _____
                                    HONORABLE WILLIAM H. ORRICK
                                    United States District Court Judge

2

STPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR FILING REPLY 3:19-CV-05627-WHO